[No. 16626–3–I.   Division One.   August 10, 1987.]

MERLE H. DAVIS, *Appellant,* v. ALASKA CABLEVISION, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–00713–3, Arthur E. Piehler, J., entered May 15, 1985. *Affirmed* by unpublished opinion per Ennis, J. Pro Tem., concurred in by Scholfield, C.J., and Brucker, J. Pro Tem.

[No. 17103–8–I.   Division One.   August 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
PETER NAVARRO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01594–7, George T. Mattson, J., entered September 10, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis and Munson, JJ.

[No. 18424–5–I.   Division One.   August 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
BENJAMIN BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–8–00903–7, Norman W. Quinn, J., entered April 23, 1986. *Reversed* and *dismissed* by unpublished per curiam opinion.